# Exhibit A

IOWA

**Department of Public Safety**
University of Iowa
200 S. Capitol Street
808 University Capitol Centre
Iowa City, Iowa 52242-5500
319-335-5022
police.uiowa.edu

1/16/2023

Ji Eun Lee
[redacted]
Rancho Palos Verdes, CA 92075

Cell: [redacted]

RE: UIPD Case 22001983

Ms. Lee,

I have attempted to call you on multiple occasions to speak with you about your postings on social media. I have on file a report of harassment from individual employees of the University of Iowa Hospitals and Clinics. After reviewing your social media, I understand you have grievances towards the institution and individuals at university and you have the right to express those grievances however your right to express yourself does not include threats towards individuals and their families.

Iowa code specifically considers communication with the intent to threaten, annoy, or alarm a person as harassment. The victims in this case are threatened, annoyed, and alarmed by your communications.

Please see the attached University of Iowa Harassment Warning for further specifics about the law and heed the warning. If you would like to speak to me about this matter, please feel free to email me at ian-mallory@uiowa.edu or contact me by telephone and leave a message with a police dispatcher at 319-335-5022.

Officer Ian D. Mallory
University of Iowa Police

Enclosures:
Harassment warning

**University of Iowa Police** Case # 22001983

**Harassment Warning Notice** Date Issued: 1/16/2023

The University of Iowa Police has taken a report from UIHC Staff reference prior communications you have had with them that are threatening, intimidating, alarming, or annoying in nature. Please be advised that if you continue to communicate with this person with the intent to threaten, intimidate, alarm, or annoy you will be subject to arrest in accordance with Iowa Code Chapter 708.7.

**708.7 Harassment.**

1. *a.* A person commits harassment when, with intent to intimidate, annoy, or alarm another person, the person does any of the following:
   (1) Communicates with another by telephone, telegraph, writing, or via electronic communication without legitimate purpose and in a manner likely to cause the other person annoyance or harm.
   (2) Places a simulated explosive or simulated incendiary device in or near a building, vehicle, airplane, railroad engine or railroad car, or boat occupied by another person.
   (3) Orders merchandise or services in the name of another, or to be delivered to another, without the other person's knowledge or consent.
   (4) Reports or causes to be reported false information to a law enforcement authority implicating another in some criminal activity, knowing that the information is false, or reports the alleged occurrence of a criminal act, knowing the act did not occur.

   *b.* A person commits harassment when the person, purposefully and without legitimate purpose, has personal contact with another person, with the intent to threaten, intimidate, or alarm that other person. As used in this section, unless the context otherwise requires, *"personal contact"* means an encounter in which two or more people are in visual or physical proximity to each other. *"Personal contact"* does not require a physical touching or oral communication, although it may include these types of contacts.
2. A person commits harassment in the first degree when the person commits harassment involving a threat to commit a forcible felony, or commits harassment and has previously been convicted of harassment three or more times under this section or any similar statute during the preceding ten years.
   Harassment in the first degree is an aggravated misdemeanor.
3. A person commits harassment in the second degree when the person commits harassment involving a threat to commit bodily injury, or commits harassment and has previously been convicted of harassment two times under this section or any similar statute during the preceding ten years.
   Harassment in the second degree is a serious misdemeanor.
4. Any other act of harassment is harassment in the third degree. Harassment in the third degree is a simple misdemeanor.

I have received a copy of this notice.

Sent by Certified Mail

20927/5-11