# Exhibit B

**JieunleeMD** @JieunleeMD · Oct 19
#priorities #people!!!

50

**JieunleeMD** @JieunleeMD · 35m
@HemesathKarla what are your #priorities Hemesath? Still working on buttlickin #kateDucheneHanrahan?

How abt you, @ucimind #michelleMcDonnell? Secretary-ing @SajjadiLab?
😜😝😝😝😝😝😝

#DisabilityTwitter
#tryMe

1 11

**JieunleeMD** @JieunleeMD · 35m
How abt that FMG @SajjadiLab ?

1 11

**JieunleeMD** @JieunleeMD · 32m
I have so much to unload... ok??

During this time of grievances, I would kindly ask for your consideration and some F*ing patience as I unload. My #trauma #PTSD #cPTSD #WorkplaceSafety #workplace #toxicity

I tell you when I stop.

Not You 🥹😇😜😉👍👍👍

**JieunleeMD**
@JieunleeMD

I have so much to unload... ok??

During this time of grievances, I would kindly ask for your consideration and some F*ing patience as I unload. My #trauma #PTSD #cPTSD #WorkplaceSafety #workplace #toxicity

I tell you when I stop.

Not You 🥹😇😜😉👍👍👍

5:47 PM · Nov 9, 2023 · **15** Views

1

Post your reply

Reply

**JieunleeMD** @JieunleeMD · 21m
I TELL YOU WHEN I STOP....

NOT YOU.

NEVR YOU.

ENUGH IS ENUGH. @bbb_us a third party should look into this unethical piece of crap @uihealthcare... there have been multiple lawsuits against #kateThomaHanrahan, #jasonWilbur #RickDobyns @uiowa & #paulJames @UWMedicine 👏👏👏👏

8