# Exhibit C

E-FILED 2025 MAR 14 9:43 AM JOHNSON - CLERK OF DISTRICT COURT
State's Exhibit 6a

12:20

Ji Eun Lee



Ji Eun Lee
21m ·

"Sadism
Sadism is defined most directly by the desire and intention to hurt others, either verbally or physically, simply for the enjoyment of the act."

Kate DuChene
Rick Dobyns
University of Iowa Stead Family Children's Hospital

"Sadism or everyday sadism (which is the subclinical term) refers to experiencing pleasure in seeing others suffer or inflicting suffering on others. Sadistic individuals enjoy cruelty and seek opportunities to induce suffering upon others (Buckels et al., 2013)"

Hey you fucking Kate Thoma DuChene Hanrahan,

Long time no see, you blue-eyed Hitler look alike.

Actually a Female Version of it.

With your accomplice Jason Wilbur Jason Wilbur

Say hello to your Dinosaur Demented Rick Dobyns.

I am a geriatrician now. I know what I am talking about.

Has Gerald Jerry Jogerst invent his Money making Equipments in the field of Geriatrics?

Home Watch 9+ Marketplace Dating Notifications Menu

State's Exhibit 6b

12:21

Ji Eun Lee

Actually a Female Version of it.

With your accomplice Jason Wilbur Jason Wilbur

Say hello to your Dinosaur Demented Rick Dobyns.

I am a geriatrician now. I know what I am talking about.

Has Gerald Jerry Jogerst invent his Money making Equipments in the field of Geriatrics?

I haven't heard nothang.

Keep yourselves busy. Cauz I coming after you Aryan MOTHAFUCKERS.

You, your husbands, your children, your parents, you all Going Down.

Taste some Guilt, Shame, Depression, Anxiety Attacks that we Minorities Face Every Fucking Day. 😉

"Be Well" (Sonia Sehgal, Kathryn Kennedy, Lisa Gibbs, Seyed Ahmad Sajjadi). You are not off the hook either 😘🥰

Sonia Sehgal you Caribbean MD milking the system Biatch.

Like Comment Share

9+

Home Watch Marketplace Dating Notifications Menu